# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D21-866

———————————————

TONI L. VILLAVERDE,

    Appellant,

    v.

PREMISE, AMERICAN AIRLINES,
SEDGWICK CMS, and LUIS DE
JESUS,

    Appellees.

———————————————

On appeal from an order of the Office of the Judges of
Compensation Claims.
Edward R. Almeyda, Judge.

Date of Accident:  December 13, 2019.

September 28, 2022

PER CURIAM.

    AFFIRMED.

B.L. THOMAS, NORDBY, and TANENBAUM, JJ., concur.

———————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————————

Toni L. Villaverde of Toni L. Villaverde, PLLC, Coral Gables for Appellant.

Oliver Benton Curtis, III and Asra A. Chatham of McDermott Will & Emery, LLP, Miami for Appellees.